UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ZOILO SANCHEZ,

                             **Plaintiff,**                    18-CV-02199 (SN)

               **-against-**                       <u>**ORDER**</u>

**MALECON RESTAURANT CORP., et al.,**

                            **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff brings claims under the Fair Labor Standards Act and the New York Labor Law. ECF No. 1. On May 15, 2019, the parties appeared before the Court for a settlement conference, and on July 1, 2019, the parties informed the Court that they reached a settlement in principle. ECF Nos. 53, 56. Counsel for the parties submitted their proposed settlement agreement on August 6, 2019. ECF No. 62. Having reviewed the parties' agreement, the Court determines that it is fair and reasonable. See <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015). Accordingly, the settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                _____
                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:     September 4, 2019
                 New York, New York